**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| In Re:<br>**CHARLES MYERS**<br>**SHIRLEY MYERS**<br><br>      **Debtors.** | **Bankruptcy No. 21-41499BEM**<br><br>**Chapter 7** |

## NOTICE OF INTENT TO ABANDON PROPERTY

     NOTICE IS HEREBY given that the Trustee, THOMAS D. RICHARDSON, intends to abandon the below described property and any objections to the abandonment must be filed on or before fourteen (14) days from the date of the mailing of this Notice as shown on the Certificate of Service below.  Said objections should state specifically why the property should not be abandoned.  Unless a timely objection is filed and a hearing requested, no hearing will be held and the abandonment shall take place and be effective on the date following the period herein described for filing objections without further action by the trustee.

1. 2013 Chrysler Van
2. 2001 Kia-doesn't run
3. 2007 Chevy Trailblazer

Date: April 8, 2022

s/Thomas D. Richardson
Thomas D. Richardson
Chapter 7 Trustee
P.O. Box 5007
Rome, GA 30162-5007
(706) 291-8853

903101.1

## CERTIFICATE OF SERVICE

    I, THOMAS D. RICHARDSON, of Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP, do hereby certify that I am Trustee in bankruptcy for the estate of Charles Myers and Shirley Myers, and that I have this day served a copy of the within and foregoing Notice of Proposed Abandonment or Disposition of Property by U. S. Mail in properly addressed postage pre-paid envelopes as follows:

>Charles Meyers
>161 Woodedge Dr., NE
>Calhoun, GA 30701
>
>Shirley Myers
>161 Woodedge Dr., NE
>Calhoun, GA 30701
>
>Dan Saeger, Esq.
>Saeger & Associates, LLC
>Suite D
>706 S. Thornton Ave.
>Dalton, GA 30720
>
>U. S. Department of Justice
>Offices of the United States Trustee
>362 Richard Russell Building
>75 Ted Turner Dr., S.W.
>Atlanta, Georgia 30303

This 8th day of April, 2022.

>BRINSON, ASKEW, BERRY,
>SEIGLER, RICHARDSON & DAVIS, LLP
>
>
>s/Thomas D. Richardson
>Thomas D. Richardson
>Georgia Bar No. 604313
>Attorneys for Trustee in bankruptcy for the
>estate of Charles Myers and Shirley Myers

903101.1