## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

IN RE:                                    : CHAPTER 7
                                          :
CHARLES MYERS AND                         : CASE NO. 21-41499BEM
SHIRLEY MYERS,                            :
Debtors.                                  : (HONORABLE BARBARA ELLIS-MONRO)
_____         :

## TRUSTEE'S REQUEST THAT
## THE CLERK ISSUE A BAR DATE

Comes now Thomas D. Richardson, the Chapter 7 Trustee ("Trustee") in the above-captioned case, and represents as follows:

1.

The Trustee anticipates that there will be monies in this estate from which a distribution to creditors will be possible.

2.

According to the Trustee's records, there has been no notice to creditors of a deadline for timely filing proofs of claim in the case, and such notice should be sent at the earliest possible time.

WHEREFORE, the Trustee requests that the clerk immediately issue such notice to creditors.

_____
THOMAS D. RICHARDSON
Georgia Bar No. 604313
Trustee in bankruptcy for the estate
of Charles Myers and Shirley Myers

P. O. Box 5007
Rome, GA 30162-5007
(706) 291-8853
(706) 234-3574 (fax)
trichardson@brinson-askew.com

1100929.1

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

Debtor(s):

Charles Myers
161 Woodedge Drive, NE
Calhoun, GA  30701

Shirley Myers
161 Woodedge Drive, NE
Calhoun, GA 30701

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Case Management – Electronic Case Filing System (CM/ECF), which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case and are registered with CM/ECF:

Martin P. Ochs (Office of the U.S. Trustee)

Jeneane Treace (Office of the U.S. Trustee)

Dan Saeger (Debtors' Counsel)

This __27__ day of January, 2023.

BRINSON, ASKEW, BERRY, SEIGLER,
RICHARDSON & DAVIS, LLP

By: _____
Thomas D. Richardson
Georgia Bar No: 604313
Trustee in bankruptcy for the estate of
Charles Myers and Shirley Myers

P.O. Box 5007
Rome, Georgia 30162-5007
(706) 291-8853
trichardson@brinson-askew.com

1100929.1