UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:
Debtor(s)
**Charles Myers**
161 Woodedge Dr NE
Calhoun, GA 30701−9565

**xxx−xx−2210**

**Shirley Myers**
161 Woodedge Dr NE
Calhoun, GA 30701−9565

**xxx−xx−2051**

Case No.: **21−41499−bem**
Chapter: **7**
Judge: **Barbara Ellis−Monro**

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **5/1/23**

Government proof of claim: **05/01/23**

File with:
United States Bankruptcy Court
Room 339, Federal Building
600 East First Street
Rome, GA 30161−3187

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: January 31, 2023

Form ntcpoc

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 21-41499-bem

Charles Myers  Chapter 7

Shirley Myers

    Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-6  User: bncadmin  Page 1 of 2
Date Rcvd: Jan 31, 2023  Form ID: ntcpoc  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | | Charles Myers, Shirley Myers, 161 Woodedge Dr NE, Calhoun, GA 30701-9565 |
| 23687525 | + | Champion Mortgage, PO Box 612877, Dallas, TX 75261-2877 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: collections@mycvcu.org | Jan 31 2023 20:36:00 | Coosa Valley Credit Union, 2010 Redmond Circle, Rome, GA 30165-1398 |
| cr | + | EDI: RMSC.COM | Feb 01 2023 01:24:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23687522 | + | EDI: BANKAMER.COM | Feb 01 2023 01:24:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 23687523 | + | EDI: CAPITALONE.COM | Feb 01 2023 01:24:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 23687524 | | EDI: CAPITALONE.COM | Feb 01 2023 01:24:00 | Capital One Bank USA, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23687527 | + | EDI: CITICORP.COM | Feb 01 2023 01:24:00 | Citicards/CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 23687528 | + | Email/Text: collections@mycvcu.org | Jan 31 2023 20:36:00 | Coosa Valley Credit Union, 2010 Redmond Cir NW, Rome, GA 30165-1398 |
| 23687529 | | EDI: DISCOVER.COM | Feb 01 2023 01:24:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 23687530 | + | EDI: CITICORP.COM | Feb 01 2023 01:24:00 | DSNB/Macys, PO Box 8218, Mason, OH 45040 |
| 23687531 | | EDI: JPMORGANCHASE | Feb 01 2023 01:24:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 23687526 | | EDI: JPMORGANCHASE | Feb 01 2023 01:24:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 23687532 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2023 20:40:26 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 23689146 | + | EDI: RECOVERYCORP.COM | Feb 01 2023 01:24:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23687533 | | EDI: CITICORP.COM | Feb 01 2023 01:24:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 23687535 | | EDI: RMSC.COM | Feb 01 2023 01:24:00 | Syncb/BP, C-O, PO Box 965024, Orlando, FL 32896-5024 |
| 23687534 | | EDI: RMSC.COM | | |

| District/off: 113E-6 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2023 | Form ID: ntcpoc | Total Noticed: 20 |

| | | | Feb 01 2023 01:24:00 | Syncb/Belk, PO Box 965005, Orlando, FL 32896-5005 |
|---|---|---|---|---|
| 23687536 | + | EDI: CITICORP.COM | | |
| | | | Feb 01 2023 01:24:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 23687537 | + | EDI: WFFC2 | | |
| | | | Feb 01 2023 01:24:00 | WF/PLL, PO Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023                                  Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dan Saeger | on behalf of Debtor Charles Myers dansaeger@gmail.com  G64511@notify.cincompass.com |
| Dan Saeger | on behalf of Joint Debtor Shirley Myers dansaeger@gmail.com  G64511@notify.cincompass.com |
| Maria A. Tsagaris | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company maria.tsagaris@mccalla.com BankruptcyECFMail@mccallaraymer.com;mt3@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Thomas D. Richardson | on behalf of Trustee Thomas D. Richardson trichardson@brinson-askew.com tdr@trustesolutions.net;Tdr82454@gmail.com;ctdr11@trustesolutions.net |
| Thomas D. Richardson | trichardson@brinson-askew.com  tdr@trustesolutions.net;Tdr82454@gmail.com;ctdr11@trustesolutions.net |
| Wendell S. Agee | on behalf of Creditor Coosa Valley Credit Union wsa2law@yahoo.com |

TOTAL: 7